PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (877) 833-2445
E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JAMES CASTILLO,<br><br>   Plaintiff,<br><br>vs.<br><br>Commissioner of Social Security,<br><br>   Defendant. | Case No.: 2:24-cv-00812-DB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from July 31, 2024, up to and including August 30, 2024.   This is Defendant's first request for an extension.

Defendant requests this extension in order to further consider the administrative record in light of the issues raised in Plaintiff's motion.  The undersigned has a number of competing deadlines in cases pending in this district and other districts.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: July 16, 2024

/s/ *Jonathan O. Pena**
(*as authorized via e-mail on July 16, 2024)
JONATHAN O. PENA
Attorney for Plaintiff

Dated: July 16, 2024

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:   /s/ *Erin A. Jurrens*
ERIN A. JURRENS
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including August 30, 2024, to respond to Plaintiff's Motion for Summary Judgment.

Dated: July 16, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
cast24cv812.stip.ext

Stip. for Ext.; 2:24-cv-00812-DB                                            2